**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| TRAVIS WALKER & MARY ROGENIA WALKER | CIVIL ACTION NO. 18-0656 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAYER CROPSCIENCE, LP | MAGISTRATE JUDGE HAYES |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Record Document 7), together with their associated request for costs and expenses, is **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 20th day of July, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT